UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| PEACEABLE PLANET, INC., a Georgia Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TY, INC., )<br>a Delaware Corporation, )<br>)<br>and )<br>)<br>H. TY WARNER, )<br>an Individual Illinois Resident )<br>)<br>Defendants. )<br>) | JUDGE JOHN W. DARRAH<br><br>MAGISTRATE JUDGE NOLAN<br><br>Civil Action No.<br><br>01C 7350 DOCKETED<br>SEP 24 2001<br><br>Jury Trial Demanded |

## COMPLAINT

The Plaintiff, Peaceable Planet, Inc. ("Peaceable Planet"), brings this complaint against the Defendants, Ty, Inc. ("Ty"), and H. Ty Warner ("Mr. Warner") alleging as follows:

### JURISDICTION AND VENUE

1. This is an action for relief under the Federal Trademark Act, 15 U.S.C. § 1051, et seq. ("Lanham Act"), particularly 15 U.S.C. §§ 1114, 1117 and 1125, for trademark infringement, false designation of origin, false description or representation, false advertising, and related unfair competition. Plaintiff also asserts claims under the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510, et seq., the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505, et seq., and under Illinois common law.



2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332(a), 1338(a), and 1338(b). This Court also has jurisdiction pursuant to 15 U.S.C. §1121 and the doctrine of supplemental jurisdiction.

3. Venue is proper under 28 U.S.C. §§ 1391(b) and 1391(c) in that, upon information and belief, Ty is a Delaware corporation doing business in, and headquartered in, the Northern District of Illinois, Mr. Warner is an individual resident in the Northern District of Illinois, and the wrongful acts of which are complained occurred in and are causing injury in the Northern District of Illinois.

## THE PARTIES

4. Plaintiff, Peaceable Planet is a Georgia corporation with its principal business address at 105 Owens Industrial Drive, Savannah, Georgia 31405-1574.

5. Upon information and belief, Ty is a Delaware corporation, with its principal place of business in Westmont, Illinois.

6. Upon information and belief, Mr. Warner is an individual resident in the Northern District of Illinois, is the founder of Ty, is the President and Chief Executive Officer of Ty, is the sole shareholder of the company, is the central figure in the corporation, and is actively involved in running and directing the business of Ty.

## PEACEABLE PLANET'S NILES THE CAMEL

7. Peaceable Planet sells a line of plush bean bag animals under the trademark PEACEABLES.

8. Each individual bean bag animal in the Peaceables line has a character name.

9. The individual character name is printed on tags connected to the corresponding bean bag animal.

10. The character names serve to distinguish the Peaceable Planet bean bag animals from the bean bag animals of other companies.

11. Each character name functions as a trademark.

12. Peaceable Planet has used in interstate commerce the trademark NILES as a character name in association with a bean bag camel. ("Peaceable Planet's NILES Trademark").

13. The trademark NILES is not descriptive as used in association with plush bean bag camels.

14. Peaceable Planet began shipping to customers in interstate commerce its bean bag camel bearing Peaceable Planet's NILES Trademark no later than May 1999. ("Peaceable Planet's Niles the Camel").

15. Peaceable Planet has made substantial efforts to promote and advertise Peaceable Planet's products and trademarks, including Peaceable Planet's NILES the Camel, and to develop good will in the minds of consumers.

16. Since a date long prior to the actions of Ty and Mr. Warner complained of below, Peaceable Planet has continuously used in interstate commerce Peaceable Planet's NILES Trademark.

17. Peaceable Planet has sold Peaceable Planet's Niles the Camel throughout the United States.

18. Peaceable Planet has sold its Niles the Camel to specialty retailer stores, toy stores, and gift stores.

19. As a result of its nationwide use, advertising and promotion of the NILES trademark, Peaceable Planet is the exclusive owner of the NILES trademark for use on plush bean bag camels.

### TY'S NILES THE CAMEL AND MR. WARNER'S INVOLVEMENT

20. Ty sells a line of plush bean bag animals under the trademark BEANIE BABIES.

21. Each individual bean bag animal in the Beanie Babies line has a character name.

22. Mr. Warner is responsible for overseeing, all aspects of Beanie Baby development, marketing and sales.

23. Mr. Warner personally participates in the design of the products in the Beanie Babies line.

24. Mr. Warner personally participates in the decision making process concerning what to name the individual characters in the Beanie Babies line.

25. Mr. Warner authorizes, directs and approves the final design of the products in the Beanie Babies line, including what individual character name will be given to the Beanie Babies.

26. Mr. Warner testified under oath that he has the "final say" concerning what to name each individual character in the Beanie Babies line.

27. The individual character name is printed on tags connected to the corresponding bean bag animal in the Beanie Babies line.

28. The character names serve to distinguish the Ty bean bag animals from the bean bag animals of other companies.

29. Ty prints on each Beanie Baby tag the trademark symbol "TM" next to the character name indicating that Ty claims to own the trademark rights to the character name.

30. Each character name functions as a trademark.

4

31. Ty has used in interstate commerce the trademark NILES as a character name in association with a bean bag camel. ("Ty's NILES Trademark").

32. Upon information and belief, Mr. Warner participated in the decision to use the name NILES for Ty's bean bag camel.

33. Upon information and belief, Mr. Warner authorized and approved the final design of Ty's bean bag camel named NILES.

34. Upon information and belief, no earlier than March 2000, Ty began shipping to customers in interstate commerce its bean bag camel bearing the NILES trademark. ("Ty's Niles the Camel").

35. Upon information and belief, Ty engaged in extensive promotion and advertising of Ty's Beanie Babies, including Ty's Niles the Camel, through various media including, but not limited to, catalogs and the internet. Ty's internet website has been visited billions of times by consumers.

36. Upon information and belief, Ty has achieved wide spread sales of Ty's Niles the Camel throughout the United States.

37. Upon information and belief, Mr. Warner has personally promoted, offered for sale and sold Ty's Niles the Camel.

38. Upon information and belief, Ty's Niles the Camel has been sold to specialty retailer stores, toy stores and gift stores.

39. In association with the commercial promotion, advertising, offer for sale and sale of its Beanie Babies line, Ty has published materials in which it represents that it is the owner of the trademarks used as character names for its Beanie Babies products, including the trademark NILES for use as a character name of a plush bean bag camel.

40. Upon information and belief, Mr. Warner has been a principal decision maker involving the promotion, advertising, offer for sale and sale of Ty's Beanie Babies, including Ty's Niles the Camel, and has approved and authorized Ty's actions.

## REGISTRATION OF PEACEABLE PLANET'S NILES TRADEMARK

41. On March 22, 2000, Peaceable Planet filed an application to register Peaceable Planet's NILES Trademark with the United States Patent and Trademark Office ("PTO").

42. On January 23, 2001, the PTO published Peaceable's NILES trademark for opposition ("PTO").

43. On May 23, 2001, Ty filed with the PTO a Notice of Opposition to the registration of Peaceable's NILES trademark. ("Ty's Trademark Opposition")

44. Upon information and belief, through Ty's Trademark Opposition, Ty alleges that there is a likelihood of confusion as a result of both Peaceable Planet and Ty using NILES as a name for a plush bean bag product.

45. By filing its Trademark Opposition, Ty seeks to prevent the PTO from granting a federal registration to Peaceable Planet for Peaceable Planet's NILES Trademark.

## TY'S INTENT AND WILLFUL INFRINGEMENT

46. Upon information and belief, since prior to Ty's acts complained of herein, Ty and Mr. Warner were aware of Peaceable Planet's Niles the Camel.

47. By no later than March 2000, Ty had received a written cease and desist letter from Peaceable Planet, including notification of Peaceable Planet's Niles the Camel and Peaceable Planet's NILES Trademark.

6

48. Upon information and belief, Mr. Warner was made aware of Peaceable Planet's cease and desist letter.

49. Despite having notice of (1) Peaceable Planet's prior sale of Peaceable Planet's Niles the Camel, and (2) Peaceable Planet's NILES Trademark, and, indeed, by reason of such knowledge, upon information and belief, Ty and Mr. Warner have engaged in deliberate and willful infringement and unfair competition and a scheme to trade upon and to misappropriate for itself the goodwill represented and symbolized by Peaceable Planet's NILES Trademark by adopting and using in commerce Ty's NILES trademark.

50. Ty's and Mr. Warner's use of Ty's NILES Trademark is without the license or consent of Peaceable Planet.

51. Upon information and belief, prior to Ty's use of Ty's NILES Trademark, Ty has been involved in one or more trademark disputes concerning one or more character names Ty has used for its Beanie Babies line.

52. In one of the prior trademark disputes, Ty was sued by Imperial Toy Corporation for infringement of Imperial's trademark ROARY for a bean bag animal. ("ROARY Litigation").

53. In the ROARY Litigation, the Court preliminarily enjoined Ty from selling its Beanie Baby named ROARY, concluding that Imperial had established a likelihood of success on the merits of its trademark infringement case against Ty.

54. The Court's decision granting the preliminary injunction against Ty is reported at 48 USPQ2d 1299 (N.D. Ill. 1998).

55. In its decision in the ROARY Litigation, the Court concluded that "Ty, Inc. ignored Imperial's senior rights to the mark."

56. Mr. Warner testified in the ROARY Litigation.

57. Prior to Ty's use of Ty's NILES Trademark, Ty and Mr. Warner were aware of the claims made by Imperial, the decision rendered by the Court, and the result of the ROARY Litigation.

58. Upon information and belief, in another dispute, Ty was accused of infringing the TABASCO trademark through Ty's use of that mark as the character name of one of its Beanie Babies. ("TABASCO Dispute").

59. Upon information and belief, prior to Ty's use of Ty's NILES Trademark, Ty and Mr. Warner were aware of the claims made in the TABASCO Dispute and the result of the dispute.

60. Upon information and belief, in another dispute, Ty was accused of infringing the SEAMORE trademark through Ty's use of that mark as the character name of one of its Beanie Babies. ("SEAMORE Dispute").

61. Upon information and belief, prior to Ty's use of Ty's NILES Trademark, Ty and Mr. Warner were aware of the claims made in the SEAMORE Dispute and the result of the dispute.

62. Upon information and belief, prior to Ty's use of Ty's NILES Trademark, Ty was involved in other trademark disputes concerning one or more character names Ty has used for its Beanie Babies line.

63. Upon information and belief, prior to Ty's use of Ty's NILES Trademark, Ty had previously filed dozens of lawsuits asserting violation of its alleged rights in trademarks and copyrights relating to products in its Beanie Babies line.

## COUNT I – LIKELIHOOD OF CONFUSION (REVERSE AND/OR FORWARD) UNDER THE LANHAM ACT

64. Peaceable Planet incorporates herein each and every allegation set forth in Paragraphs 1 through 63 as if fully set forth herein.

65. Ty and Mr. Warner's aforesaid acts constitute use of a word, term, name, symbol or device, or a combination thereof, or a false designation of origin, false or misleading description of fact, or false or misleading representation of fact that has likely caused, and is likely to cause, confusion, mistake, or deception as to affiliation, connection, association, origin, sponsorship, or approval between Ty and Peaceable Planet, and/or their respective NILES products and trademarks.

66. Ty and Mr. Warner's aforesaid acts constitute use of a word, term, name, symbol or device, or a combination thereof, or a false designation of origin, false or misleading description of fact, or false or misleading representation of fact that has likely caused, and is likely to cause, confusion, mistake, or deception in that Ty's statements falsely claiming to be the owner of the NILES trademark will cause Peaceable Planet to wrongly be perceived as an unlawful infringer of Ty's alleged trademark rights in the character name NILES for a plush bean bag camel, and Peaceable Planet's products, including Peaceable Planet's NILES the Camel, to be wrongly perceived as inferior infringing products.

67. Ty's and Mr. Warner's aforesaid acts constitute infringement, unfair competition, false designation of origin, false description and/or representation in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

68. Ty's and Mr. Warner's aforesaid acts have harmed Peaceable Planet including causing damage to its reputation and goodwill.

69. Upon information and belief, Ty's and Mr. Warner's aforesaid acts were knowing, intentional and willful in that when adopting Ty's NILES Trademark, Ty and Mr. Warner knew of, but ignored, Peaceable Planet's senior rights to the NILES mark.

70. Ty's and Mr. Warner's aforesaid acts have caused and will cause irreparable injury to Peaceable Planet, and unless said acts are restrained by this Court, they will be continued and Peaceable Planet will continue to suffer irreparable injury.

71. Peaceable Planet has no adequate remedy at law.

## COUNT II – FALSE ADVERTISING UNDER THE LANHAM ACT

72. Peaceable Planet incorporates herein each and every allegation set forth in Paragraphs 1 through 63 as if fully set forth herein.

73. Ty and Mr. Warner's aforesaid acts constitute use of a word, term, name, symbol or device, or a combination thereof, or a false designation of origin, false or misleading description of fact, or false or misleading representation of fact which misrepresents the nature characteristics or qualities of Ty's goods or commercial activities and/or Peaceable Planet's goods or commercial activities in that Ty's false claims to be the owner of the NILES mark will cause Peaceable Planet to wrongly be perceived as an infringer of Ty's alleged trademark rights in the character name NILES for a plush bean bag camel, and Peaceable Planet's products, including Peaceable Planet's NILES the Camel, to be wrongly perceived as inferior infringing products.

74. Ty's and Mr. Warner's aforesaid acts constitute unfair competition, false designation of origin, and/or false description or representation in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

10

75. Ty's and Mr. Warner's aforesaid acts have harmed Peaceable Planet including causing damage to its reputation and goodwill.

76. Upon information and belief, Ty's and Mr. Warner's aforesaid acts were knowing, intentional and willful in that when making and authorizing the false statements, Ty and Mr. Warner knew of, but ignored, Peaceable Planet's senior rights to the NILES mark.

77. Ty's and Mr. Warner's aforesaid acts have caused and will cause irreparable injury to Peaceable Planet, and unless said acts are restrained by this Court, they will be continued and Peaceable Planet will continue to suffer irreparable injury.

78. Peaceable Planet has no adequate remedy at law.

## COUNT III - VIOLATION OF THE ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT

79. Peaceable Planet incorporates herein each and every allegation set forth in Paragraphs 1 through 63 as if fully set forth herein.

80. Ty and Mr. Warner have engaged in deceptive trade practices as defined in the Uniform Deceptive Trade Practices Act, 815 ILCS 510 et seq., by causing a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, certification, affiliation, connection or association of Ty and Peaceable Planet and/or Ty's products bearing Ty's NILES Trademark, and Peaceable Planet's products bearing Peaceable Planet's NILES Trademark, or by disparaging Peaceable Planet and/or its products including Peaceable Planet's NILES the Camel, in that Ty's false claims to be the owner of the NILES mark will cause Peaceable Planet to wrongly be perceived as an infringer of Ty's alleged trademark rights in the character name NILES for a plush bean bag camel, and Peaceable Planet's products, including Peaceable Planet's NILES the Camel, to be wrongly perceived as inferior infringing products.

81. Ty's and Mr. Warner's aforesaid acts have harmed Peaceable Planet including causing damage to its reputation and goodwill.

82. Upon information and belief, Ty's and Mr. Warner's aforesaid acts were knowing, intentional and willful in that when adopting Ty's NILES Trademark, and when making and authorizing the false statements, Ty and Mr. Warner knew of, but ignored, Peaceable Planet's senior rights to the NILES mark.

83. Ty's and Mr. Warner's aforesaid acts have caused and will cause irreparable injury to Peaceable Planet, and unless said acts are restrained by this Court, they will be continued and Peaceable Planet will continue to suffer irreparable injury.

84. Peaceable Planet has no adequate remedy at law.

## COUNT IV - VIOLATION OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

85. Peaceable Planet incorporates herein each and every allegation set forth in Paragraphs 1 through 63 as if fully set forth herein.

86. Ty's and Mr. Warner's aforesaid acts constitute deceptive trade practices as defined in the Uniform Deceptive Trade Practices Act, 815 ILCS 510, et seq., and therefore violate the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505, et seq.

87. Ty's and Mr. Warner's deceptive business practices involve conduct addressed to the market generally and implicate consumer protection concerns because the deceptive practices have caused and continue to cause injury to consumers. Unless said acts are restrained by this Court, the deceptive business practices will continue and the public will continue to be injured.

88. Ty's and Mr. Warner's aforesaid acts have harmed Peaceable Planet including causing damage to its reputation and goodwill.

12

89. Upon information and belief, Ty's and Mr. Warner's aforesaid acts were knowing, intentional and willful in that when adopting Ty's NILES Trademark, and when making and authorizing the false statements, Ty and Mr. Warner knew of, but ignored, Peaceable Planet's senior rights to the NILES mark.

90. Ty's and Mr. Warner's aforesaid acts have caused and will cause irreparable injury to Peaceable Planet, and unless said acts are restrained by this Court, they will be continued and Peaceable Planet will continue to suffer irreparable injury.

91. Peaceable Planet has no adequate remedy at law.

## COUNT V - COMMON LAW TRADEMARK INFRINGEMENT

92. Peaceable Planet incorporates herein each and every allegation set forth in Paragraphs 1 through 63 as if fully set forth herein.

93. Ty's and Mr. Warner's aforesaid acts constitute infringement, misappropriation, and misuse of Peaceable Planet's NILES Trademark, unfair competition, palming-off and passing-off against Peaceable Planet, and unjust enrichment of Ty and Mr. Warner, all in violation of Peaceable Planet's rights under the common law of Illinois.

94. Ty's and Mr. Warner's aforesaid acts are likely to cause confusion, or to cause mistake, or to deceive as to affiliation, connection, origin, sponsorship, approval or association of Ty, Peaceable Planet, and/or their respective NILES products or trademarks.

95. Ty's and Mr. Warner's aforesaid acts have harmed Peaceable Planet including causing damage to its reputation and goodwill.

96. Upon information and belief, Ty's and Mr. Warner's aforesaid acts were knowing, intentional and willful in that when adopting Ty's NILES Trademark, Ty and Mr. Warner knew of, but ignored, Peaceable Planet's senior rights to the NILES mark.

97. Ty's and Mr. Warner's aforesaid acts have caused and will cause irreparable injury to Peaceable Planet, and unless said acts are restrained by this Court, they will be continued and Peaceable Planet will continue to suffer irreparable injury.

98. Peaceable Planet has no adequate remedy at law.

## COUNT VI – COMMON LAW TRADE DISPARAGEMENT

99. Peaceable Planet incorporates herein each and every allegation set forth in Paragraphs 1 through 63 as if fully set forth herein.

100. Ty's and Mr. Warner's aforesaid acts constitute trade disparagement under Illinois common law in that Ty's false claims to be the owner of the NILES mark will cause Peaceable Planet to wrongly be perceived as an infringer of Ty's alleged trademark rights in the character name NILES for a plush bean bag camel, and Peaceable Planet's products, including Peaceable Planet's NILES the Camel, to be wrongly perceived as inferior infringing products.

101. Ty's and Mr. Warner's aforesaid acts have harmed Peaceable Planet including causing damage to its reputation and goodwill.

102. Upon information and belief, Ty's and Mr. Warner's aforesaid acts were knowing, intentional and willful in that when making and authorizing the statements, Ty and Mr. Warner knew of, but ignored, Peaceable Planet's senior rights to the NILES mark.

14

103. Ty's and Mr. Warner's aforesaid acts have caused and will cause irreparable injury to Peaceable Planet, and unless said acts are restrained by this Court, they will be continued and Peaceable Planet will continue to suffer irreparable injury.

104. Peaceable Planet has no adequate remedy at law.

**WHEREFORE**, the Plaintiff, Peaceable Planet, Inc. prays:

A. That this Court will adjudge that Peaceable Planet's NILES Trademark has been infringed as a direct and proximate result of the acts of Ty and Mr. Warner as set forth in this Complaint, in violation of Peaceable Planet's rights under the Lanham Act, 15 U.S.C. § 1125, et seq., the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510, et seq., the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505, et seq. and the Illinois common law;

B. That this Court will adjudge that Defendant has competed unfairly, engaged in deceptive trade and business practices, committed consumer fraud, committed false advertisement and disparaged Peaceable Planet and its products as set forth in this Complaint, in violation of Peaceable Planet's rights under the Lanham Act, 15 U.S.C. § 1125, et seq., the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510, et seq., the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505, et seq., and the Illinois common law;

C. That Ty, Mr. Warner and all officers, directors, agents, servants, employees, affiliates, attorneys, successors, and assigns of Ty, and all persons in active concert or participation therewith, be permanently enjoined and restrained from the acts complained of herein;

D. That Ty and Mr. Warner be required to deliver up for destruction all packaging, labels, promotional materials, advertisements, and other materials that bear Ty's NILES Trademark, or any trademark confusingly similar to Peaceable Planet's NILES trademark.

E. That Ty and Mr. Warner be directed to file with this Court and to serve upon Peaceable Planet within thirty (30) days after service of the injunction issued in this action, a written report under oath, setting forth in detail the manner of compliance with paragraphs C and D.

F. That Peaceable Planet recover Ty's and Mr. Warner's profits;

G. That Peaceable Planet recover the damages it suffered;

H. That, due to Ty's and Mr. Warner's willful actions and intentional disregard for Peaceable Planet's rights, and to deter future infringement, the Court increase the damages and profits awarded under the Lanham Act;

I. That, due to Ty's and Mr. Warner's willful actions and intentional disregard for Peaceable Planet's rights, and to deter future infringement, the Court award punitive damages pursuant to Illinois State statutes and common law;

J. That Peaceable Planet recover pre-judgment and post-judgment interest on each and every award.

K. That Peaceable Planet recover its reasonable attorney fees incurred in this action and in defending Ty's Trademark Opposition.

L. That Peaceable Planet have and recover its taxable costs and disbursements incurred in this action.

M. That Peaceable Planet have such other and further relief as the Court may deem just and proper.

16

Peaceable Planet demands a trial by jury.

PEACEABLE PLANET, INC.

Dated: September 21, 2001   By: *[signature]*
Charles W. Shifley (3124826)
Marc S. Cooperman (6201035)
Scott A. Burow (6242616)
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone (312) 715-1000
Facsimile (312) 715-1234

**Attorneys for the Plaintiff**

Civil Cover Sheet  Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUDGE JOHN W DARRAH

## Civil Cover Sheet MAGISTRATE JUDGE NOLAN

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** Peaceable Planet, Inc., a Georgia Corporation | **Defendant(s):** Ty, Inc., a Delaware Corporation, and H. Ty Warner, and Individual Illinois Resident |
| County of Residence: Chatham County | County of Residence: |
| Plaintiff's Atty: Marc S. Cooperman<br>Banner & Witcoff, Ltd.<br>10 S. Wacker Drive, 30th Floor,<br>Chicago, Illinois 60606<br>312.715.1000 | Defendant's Atty:<br><br>**01C 7350** |

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principle
Parties (Diversity Cases Only)
       Plaintiff:- N/A
       Defendant:- N/A

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   840 Trademark

VI. Cause of Action:   15 U.S.C. Section 1051, et.seq.; Unfair Competition

VII. Requested in Complaint
    Class Action:
    Dollar Demand: **To be determined**
    Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: *Marc S. Cooperman*
Date: 9-21-01

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm   9/21/2001

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Double click on question mark for appearance form instructions

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In the Matter of

Peaceable Planet, Inc., a Georgia Corporation, Plaintiff,
vs.
Ty, Inc., a Delaware Corporation, and H. Ty Warner, an Individual Illinois Resident, Defendants.

Case Number: **01C 7350**

JUDGE JOHN W. DARRAH

MAGISTRATE JUDGE NOLAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Peaceable Planet, Inc., a Georgia Corporation, Plaintiff

DOCKETED SEP 24 2001

| (A) | (B) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE *(signed)* |
| NAME: Charles W. Shifley | NAME: Marc S. Cooperman |
| FIRM: Banner & Witcoff, Ltd. | FIRM: Banner & Witcoff, Ltd. |
| STREET ADDRESS: 10 S. Wacker Drive, 30th Floor | STREET ADDRESS: 10 S. Wacker Drive, 30th Floor |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: Chicago, Illinois 60606 |
| TELEPHONE NUMBER: (312) 715-1000 | TELEPHONE NUMBER: (312) 715-1000 |
| IDENTIFICATION NUMBER: 3124826 | IDENTIFICATION NUMBER: 6201035 |
| MEMBER OF TRIAL BAR? YES ✓ NO ☐ | MEMBER OF TRIAL BAR? YES ✓ NO ☐ |
| TRIAL ATTORNEY? YES ✓ NO ☐ | TRIAL ATTORNEY? YES ✓ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ✓ |

| (C) | (D) |
|---|---|
| SIGNATURE *(signed)* Scott Burow | SIGNATURE |
| NAME: Scott A. Burow | NAME: |
| FIRM: Banner & Witcoff, Ltd. | FIRM: |
| STREET ADDRESS: 10 S. Wacker Drive, 30th Floor | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 715-1000 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 6242616 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ✓ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✓ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ✓ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

