Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 7350 | DATE | 7/12/2004 |
| CASE TITLE | Peaceable Planet, Inc. vs. Ty, Inc., et. al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated in the attached memorandum opinion and order, defendants' motion to stay proceedings pending defendants petition for writ of certiorari [214-1] is granted. Enter Memorandum Opinion and Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUL 13 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | 222 |
| | Mail AO 450 form. | U.S. DISTRICT COURT | | |
| | Copy to judge/magistrate judge. | CLERK | | |
| MF | courtroom deputy's initials | 2004 JUL 12 PM 3:28 FILED | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PEACEABLE PLANET, INC., )
)
Plaintiff, )
)
v. ) No: 01 C 7350
)
TY, INC.; and ) Judge John W. Darrah
H. TY WARNER, )
)
Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiff, Peaceable Planet, Inc., filed suit against the Defendants, Ty, Inc. and H. Ty Warner, for violations of federal and state trademark laws. Summary judgment was granted for Defendants, and the case was dismissed. Thereafter, the case was affirmed in part, reversed in part, and remanded. Now before the Court is Defendants' Motion to Stay Proceedings Pending Defendants' Petition for Writ of *Certiorari*. The parties also dispute whether a claim for defamation is before the Court. For the following reasons, Defendants' Motion to Stay Proceedings Pending Defendants' Petition for Writ of *Certiorari* is granted.

## BACKGROUND

The facts, for the purposes of this motion, are as follows.[1] Plaintiff is a manufacturer of plush toy educational products that are targeted at adults and children. Defendants design "Beanie Babies" plush toys that are marketed at children. Plaintiff introduced a plush toy camel

---

[1] A more detailed explanation of the facts is set out in this Court's August 28, 2003 Memorandum Opinion and Order granting summary judgment to Ty. *Peaceable Planet, Inc. v. Ty, Inc.*, 01 C 7350, 2003 WL 22024992 (N.D. Ill. Aug. 28, 2003).

named "Niles." Subsequently, Defendants introduced a plush toy camel as part of its Beanie Babies collection which was also named Niles. Plaintiff then brought a six-count Complaint against Defendants, alleging that Defendants infringed their trademark by using Niles for a similar plush camel. Specifically, Plaintiff brought counts for: (1) trademark infringement under 15 U.S.C. § 1125(a); (2) false advertising in violation of § 1125(a); (3) a violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2; (4) a violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2; (5) a common law trademark infringement; (6) a common law trade disparagement.

Defendants were granted summary judgment as to all counts. Summary judgment as to Counts I-V was granted because Niles was found to be a personal name that had not acquired secondary meaning and, thus, was not a protectable trademark. Summary judgment as to Count VI, a claim for trade disparagement, was granted because Defendants did not make any false or misleading statements about the quality of Plaintiff's products. *Peaceable Planet, Inc. v. Ty, Inc.*, 01 C 7350, 2003 WL 22024992 (N.D. Ill. Aug. 28, 2003).

On appeal, the United States Court of Appeals for the Seventh Circuit affirmed in part, reversed in part, and remanded. *Peaceable Planet, Inc. v. Ty, Inc.*, 362 F.3d 986 (7th Cir. 2004) (*Peaceable Planet*). The Seventh Circuit held that the rule requiring personal names to acquire secondary meaning to be legally protectable did not apply because: (1) none of the reasons for the rule applied to the name Niles in this case; and (2) when affixed to a toy camel, the name Niles became a suggestive mark. *Peaceable Planet*, 362 F.3d at 989-991. Therefore, the court concluded that Plaintiff "has a valid trademark in the name 'Niles' as applied to its camel."

2

*Peaceable Planet*, 362 F.3d at 992. However, the Seventh Circuit affirmed the summary judgment ruling that dismissed Plaintiff's trade disparagement count. *Peaceable Planet*, 362 F.3d at 993.

## ANALYSIS

Defendants filed a motion to stay the proceedings pending their petition for a writ of *certiorari* before the Supreme Court.[2] The writ of *certiorari* was filed by Defendants on June 30, 2004; and a response from Plaintiff is due on August 2, 2004. Pursuant to Supreme Court Rule 15(5), the briefs will then be submitted to the members of the Supreme Court ten days after Plaintiff's response is filed. A decision on the writ of *certiorari* could be expected shortly thereafter.

Therefore, considering the relatively short amount of time anticipated to resolve the pending writ of *certiorari*, granting Defendants' stay is the more efficient procedure.

## CONCLUSION

For the foregoing reasons, the Court grants Defendants' Motion to Stay Proceedings Pending Defendants' Petition for Writ of *Certiorari*.

Dated: 7/12/04

JOHN W. DARRAH
United States District Judge

---

[2] The parties, in their briefs, raise other issues, including a claim by Plaintiff that a claim for defamation exists against Defendants. These issues are not relevant to the disposition of Defendants' motion to stay and, accordingly, are not addresses or decided herein.