

# United States District Court
## Northern District of Illinois
### Eastern Division

Peaceable Planet            **JUDGMENT IN A CIVIL CASE**

v.            Case Number: 01 C 7350

Ty Inc

■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the jury returns its verdict in favor of defendant Ty Inc. and against plaintiff, on plaintiff's claim for infringement of its claimed trademark Niles against Ty Inc. under the Lanham Act.

                                            Michael W. Dobbins, Clerk of Court

Date: 9/30/2005                 /s/ Melanie A. Foster, Deputy Clerk